

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-82,223-01 & WR-82,223-02

### EX PARTE RICHARD A. RAUCH, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2-06-114-A and 2-06-115-A IN THE 382ND DISTRICT COURT
### FROM ROCKWELL COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: February 24, 2016
DO NOT PUBLISH